**VAN–077** Order Continuing 341 Meeting of Creditors – Rev. 01/11/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Michael Martin Merriam
 *( debtor has no known aliases )*
6844 Apex Barbecue Road
Apex, NC 27502

CASE NO.: 13–00970–8–SWH

DATE FILED: February 14, 2013

CHAPTER: 7

Melissa Jane Merriam
 *( debtor has no known aliases )*
6844 Apex Barbecue Road
Apex, NC 27502

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Michael Martin Merriam and Melissa Jane Merriam is continued.

DATE:     Tuesday, May 14, 2013
TIME:     09:30 AM
PLACE:    300 Fayetteville Street, Suite 130, Raleigh, NC 27601

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: April 18, 2013

                                    Stephani W. Humrickhouse
                                    United States Bankruptcy Judge