United States Bankruptcy Court
Eastern District of North Carolina

In re:
Michael Martin Merriam
Melissa Jane Merriam
    Debtors

Case No. 13-00970-SWH
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0417-8     User: morris_sh     Page 1 of 2     Date Rcvd: Apr 18, 2013
Form ID: van077     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2013.
db/jdb     +Michael Martin Merriam,    Melissa Jane Merriam,    6844 Apex Barbecue Road,    Apex, NC 27502-7779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg     +E-mail/Text: NCEBAdb_bnc@nceba.uscourts.gov Apr 19 2013 09:18:17     Bankruptcy Administrator,
    1760-B Parkwood Blvd.,    Wilson, NC 27893-3588
                                                                                                                                                   TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2013**                             **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0417-8          User: morris_sh           Page 2 of 2             Date Rcvd: Apr 18, 2013
                              Form ID: van077           Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2013 at the address(es) listed below:
              Brian Edward Isgett    on behalf of Debtor Michael Merriam bisgett@isgettlaw.com
              David M Warren    dmwarren@poynerspruill.com, dwarren@ecf.epiqsystems.com
              Gilbert B. Weisman    on behalf of Creditor   eCAST Settlement Corporation notices@becket-lee.com
              Parker Worth Rumley    on behalf of Bankruptcy Administrator   Bankruptcy Administrator
               parker_worth@nceba.uscourts.gov, tanya_aycock@nceba.uscourts.gov;lynn_tingen@nceba.uscourts.gov
                                                                                             TOTAL: 4
```

VAN–077 Order Continuing 341 Meeting of Creditors – Rev. 01/11/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Michael Martin Merriam
  *( debtor has no known aliases )*
6844 Apex Barbecue Road
Apex, NC 27502

CASE NO.: 13–00970–8–SWH

DATE FILED: February 14, 2013

CHAPTER: 7

Melissa Jane Merriam
  *( debtor has no known aliases )*
6844 Apex Barbecue Road
Apex, NC 27502

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Michael Martin Merriam and Melissa Jane Merriam is continued.

DATE:     Tuesday, May 14, 2013
TIME:     09:30 AM
PLACE:    300 Fayetteville Street, Suite 130, Raleigh, NC 27601

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: April 18, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge