UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MICHAEL MARTIN MERRIAM,
MELISSA JANE MERRIAM,

Debtors.

Chapter 7
Case No. 13-00970-8-SWH

MOTION TO CONVERT FROM
CHAPTER 7 TO CHAPTER 13

The Debtors move the Court to convert this matter from chapter 7 to chapter 13. In support of this Motion the Debtors state the following:

1. That a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code was filed on February 17, 2012;

2. This motion by the Debtors is brought pursuant to 11 U.S.C. 706(a), and in accordance with Bankruptcy Rules 1017(d) and 9013 to effect the conversion from chapter 7 to chapter 13; and

3. This case has not previously been converted under sections 11 U.S.C. 1112, 1208, or 1307.

WHEREFORE the Debtors respectfully request that the Court convert this case to chapter 13, and grant such other and further relief as the Court may deem proper.

Dated: April 25, 2013

Respectfully submitted,

/s/ Brian E. Isgett_____
Brian E. Isgett (NC 40261)
BRIAN ISGETT ATTORNEY AT LAW
8366 Six Forks Road, Suite 104
Raleigh, North Carolina 27615
Email: bisgett@isgettlaw.com
Phone: (919) 408-7792
Fax:    (919) 666-3466
*Counsel for Debtors*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MICHAEL MARTIN MERRIAM,
MELISSA JANE MERRIAM,

      Debtors.

Chapter 7
Case No. 13-00970-8-SWH

## NOTICE OF MOTION

The Debtors have filed a motion with the court to convert from Chapter 7 to Chapter 13. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must file with the court, within 21 days from the date of service of this motion, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing electronically or at:

Clerk, U.S. Bankruptcy Court, 1760-A Parkwood Blvd W, Wilson, NC 27893-3564.

You must also mail a copy to the following:

| Brian Isgett Attorney at Law<br>8366 Six Forks Road, Suite 104<br>Raleigh, NC 27615 | David M. Warren<br>POYNER SPRUILL<br>Chapter 7 Trustee<br>PO Box 1801<br>Raleigh, NC 27602-1801 |
|---|---|

If a response and a request for hearing are filed in writing, a hearing will be conducted on the motion at a date, time, and place to be later set and all parties will be notified accordingly.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in this motion and may enter an order granting that relief.

Dated: April 25, 2013.

                                                Respectfully submitted,

                                                /s/ Brian E. Isgett
                                                Brian E. Isgett (NC 40261)
                                                BRIAN ISGETT ATTORNEY AT LAW
                                                8366 Six Forks Road, Suite 104
                                                Raleigh, North Carolina 27615
                                                Email: bisgett@isgettlaw.com
                                                Phone: (919) 408-7792
                                                Fax:    (919) 666-3466
                                                *Counsel for Debtors*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MICHAEL MARTIN MERRIAM,
MELISSA JANE MERRIAM,

        Debtors.

Chapter 7
Case No. 13-00970-8-SWH

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this, the 10th day of April, 2013, he served copies of the foregoing Motion and Notice by depositing copies of said order in the US mail, postage prepaid, and addressed to the creditors listed in the attached creditor address matrix and upon the following parties through the court's electronic notification system:

    *Chapter 7 Trustee*
    David M Warren
    POYNER SPRUILL LLP
    PO Box 1801
    Raleigh, NC 27602-1801

    Bankruptcy Administrator
    Post Office Box 3758
    Wilson, NC  27894-3758

                                          /s/ Brian Isgett