**VAN–150** Deficiency Notice (Text)– Rev. 02/05/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

CASE NO.: 13–00970–8–SWH

IN RE:

DATE FILED: February 14, 2013

CHAPTER: 7

Michael Martin Merriam
*( debtor has no known aliases )*
6844 Apex Barbecue Road
Apex, NC 27502

Debtor represented by:
Brian Edward Isgett
Brian Isgett Attorney at Law
PO Box 61081
Raleigh, NC 27661

Melissa Jane Merriam
*( debtor has no known aliases )*
6844 Apex Barbecue Road
Apex, NC 27502

Joint Debtor repesented by:
Brian Edward Isgett
Brian Isgett Attorney at Law
PO Box 61081
Raleigh, NC 27661

Trustee:
David M Warren
Poyner Spruill LLP
PO Box 1801
Raleigh, NC 27602–1801

## DEFICIENCY NOTICE

To: Brian Edward Isgett

Re: Motion to Convert Case to Chapter 13 filed by Brian Edward Isgett on behalf of Melissa Jane Merriam, Michael Martin Merriam Responses due by 05/20/2013.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **May 20, 2013** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The motion was not served on all creditors as required by Rule 2002(a) of the Federal Rules of Bankruptcy Procedure. Upon completion of proper service, a certificate of service should immediately be filed with the court.

DATED: April 29, 2013

Shelia Morris
Deputy Clerk