VAN–016 Order Converting Case To Chapter 13– Rev. 06/03/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Michael Martin Merriam
6844 Apex Barbecue Road
Apex, NC 27502

CASE NO.: 13–00970–8–SWH

DATE FILED: February 14, 2013

CHAPTER: 13

Melissa Jane Merriam
6844 Apex Barbecue Road
Apex, NC 27502

ORDER CONVERTING CASE TO CHAPTER 13

IT IS ORDERED that this case is converted to a case under chapter 13. The debtor(s) has fourteen (14) days from the date of this order within which to file the chapter 13 plan.

DATED: June 5, 2013

Stephani W. Humrickhouse
United States Bankruptcy Judge