UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

MICHAEL MARTIN MERRIAM,
MELISSA JANE MERRIAM,

      Debtors.

Chapter 13
Case No. 13-00970-8-SWH

## DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CASE

The Debtors, Michael and Melissa Merriam, by and through counsel undersigned, show the court the following:

1. Debtors filed for relief under Chapter 7 of the Bankruptcy Code on February 17, 2013.
2. This case was converted under 11 U.S.C. § 706 by debtors' motion and the court's subsequent order dated June 5, 2013.
3. Debtors now request that this case be dismissed without prejudice due to the employment of new counsel in connection with the development of their Chapter 13 petition and plan.
4. Debtors state that the dismissal is requested in good faith, without intent to delay, mislead creditors or the court, nor to hide assets or avoid debts.

WHEREFORE, the Debtors request that the Court dismiss the above-referenced case without prejudice.

This the 6th day of June, 2013.

Respectfully submitted,

/s/ Brian E. Isgett
Brian E. Isgett (NC 40261)
BRIAN ISGETT ATTORNEY AT LAW
8366 Six Forks Road, Suite 104
Raleigh, North Carolina 27615
Email: bisgett@isgettlaw.com
919.408.7792   919.666.3466 f
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this, the 6th day of June, 2013, he served copies of the foregoing Motion upon the following parties through the court's electronic notification system:

*Trustee*
John F. Logan
OFFICE OF THE CHAPTER 13 TRUSTEE
PO Box 61039
Raleigh, NC 27661-1039

Bankruptcy Administrator
Post Office Box 3758
Wilson, NC  27894-3758

/s/ Brian E. Isgett
Brian E. Isgett (NC 40261)
BRIAN ISGETT ATTORNEY AT LAW
8366 Six Forks Road, Suite 104
Raleigh, North Carolina 27615
Email: bisgett@isgettlaw.com
919.408.7792   919.666.3466 f